UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3403 CAS (SSx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | GARABED YEGAVIAN v. FAUSTO MENDEZ; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**I.    INTRODUCTION**

On July 5, 2011, plaintiff Garabed Yegavian filed a complaint against defendant Advanced Medical Analysis, LLC ("Advanced Medical"), seeking unpaid overtime wages pursuant to the California Labor Code and the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"). See Case No. CV 11-5530 SS (Yegavian I).

While Yegavian I was pending, plaintiff filed a similar complaint against Advanced Medical and a different defendant, Fausto Mendez, seeking the recovery of overtime wages pursuant to the FLSA. See Case No. CV 12-3403 CAS (SSx) (Yegavian II). The Yegavian I complaint asserts that plaintiff was "jointly employed" by Advanced Medical and an unnamed second party. Dkt. No. 1, Case No. CV 11-5530 ¶ 6. The Yegavian II complaint alleges that plaintiff was jointly employed by Advanced Medical and Fausto Mendez. Dkt. No. 1, Case No. CV 12-3403 ¶ 5. Both actions arise out of plaintiff's joint employment with the two defendants.

Federal Rules of Civil Procedure 15 and 16 set forth the mechanism by which litigants may amend their pleadings to add new parties or claims, either as a right or with leave of court. See Fed. R. Civ. P. 15, 16. Rather than filing Yegavian II, which appears to be an attempt by plaintiff to split his claims into two actions, plaintiff should have availed himself of the Federal Rules to amend his pleading in Yegavian I to add Fausto

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3403 CAS (SSx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | GARABED YEGAVIAN v. FAUSTO MENDEZ; ET AL. | | |

Mendez as a defendant. Accordingly, plaintiff is ORDERED to SHOW CAUSE on or before **July 25, 2012**, why the instant action should not be dismissed.

   IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |